

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-29-21

GEORGIA M. PESTANA
*Acting Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MARTIN BOWE
Tel.: (212) 356-0894
mbowe@law.nyc.gov

June 25, 2021

**By ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *J.B. obo D.L. v. N.Y.C. Dep't of Educ.*, 21-cv-2511 (JGK)(KNF)

Dear Judge Koeltl:

    I am Assistant Corporation Counsel in the office of Corporation Counsel James E. Johnson, supervising attorney for Defendant in the above-referenced action wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq. ("IDEA"), as well as for this action.

    I write to respectfully request an adjournment of the initial conference scheduled for June 29 to August 30, 2021 or a date thereafter convenient for the Court. This is the first request for an adjournment. We apologize for not having included this request in Defendant's letter motion seeking additional time to file an Answer (ECF 7), which the Court granted (ECF 8).

    Thank you for considering this request.

                          Respectfully submitted,

                          /s/ Martin Bowe
                          Martin Bowe
                          Senior Counsel

Cc: Adam Dayan, *Esq.*

*The conference is adjourned to 9/8/21 at 2:30 P.M. So ordered,*
*JGKoeltl*
*6/29/21    U.S.D.J.*